**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| STINGRAY IP SOLUTIONS LLC,<br>      Plaintiff,<br><br>v.<br><br>VIVINT, INC.<br>      Defendant. | Civil Action No. 2:23-cv-00503-JRG-RSP<br><br>**LEAD CASE** |
| STINGRAY IP SOLUTIONS LLC,<br>      Plaintiff,<br><br>v.<br><br>LEEDARSON IOT TECHNOLOGY, INC. *et al.*,<br>      Defendants. | Civil Action No. 2:23-cv-00499-JRG-RSP<br><br>**MEMBER CASE** |

**EXHIBIT B**

**DEFENDANTS' CLAIM CONSTRUCTION CHART**

## Exhibit B

| Patent / Claim | Term | Defendants' Proposed Construction | Defendants' Supporting Evidence |
|---|---|---|---|
| U.S. 7,224,678 / Claim 51 | (preamble) "An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising" | The preamble is limiting. | '678 Patent at FIGS. 1-10, Title, Abstract, 1:8-10, 1:14-21, 1:24-1:49, 2:25-48, 2:58-67, 3:28-30, 4:11-51, 5:45-53, 6:8-22, 6:38-39, 6:45-67, 7:7-14, 7:22-34, 7:46-50, 7:56-65, 8:5-6, 8:13-23, 8:54-58, 10:33-38; 10:60-67; Claim 51<br><br>Prosecution History and references cited therein, including:<br>Prosecution History, Supplemental Appeal Br. dated October 31, 2005<br><br>Microsoft Computer Dictionary, *LAN*, *MAN*, *station*, *Wireless LAN*, Fifth Edition (2002)<br><br>(LEED_0046319, LEED_0046321 — LEED_0046322, LEED_0046324—LEED_0046325)<br><br>Merriam Webster's Collegiate Dictionary, *plural, plurality*, Tenth Edition (1997) (LEED_0045031)<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,224,678 / Claim 51 | "generating an intrusion alert" | Generating a notification sent by the policing node(s) upon detecting an attempted intrusion | '678 Patent at Abstract, Figure 2, Figure 12; 1:26-44, 2:49-57, 3:22-27. 3:38-45, 5:35-44, 5:45-6:7, 6:8-31, 6:32-44, 6:45-60; 7:21-28, 9:13-23, 9:54-67, 10:60-67, 12:37-55.<br><br>Prosecution History and references cited therein, including:<br>Prosecution History, Supplemental Appeal Br. dated October 31, 2005<br><br>Encyclopedia of Technology Terms, Que Publishing, *intrusion detection*, (2002) (LEED_0046379)<br><br>U.S. 7,082,117 (LEED_0046353—LEED_0046374) |

| | | | |
|---|---|---|---|
| | | | Declaration of Dr. Akl<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,616,961 / Claim 1 | (preamble) "A method for dynamic channel allocation in a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of wireless mobile nodes together over a plurality of separate channels at different frequencies, the method comprising" | The preamble is limiting. | '961 Patent at Abstract; 1:6-8; 1:12-23; 1:24-34; 1:35-50; 2:51-67; 3:29-44; 5:4-21; 8:14-25; 13:33-14:55; Figure 1; Figure 2; Figure 3; Figure 4; Figure 5; Figure 6; Figure 7; Figure 15; Figure 16; Figure 17<br><br>Prosecution History and references cited therein, including:<br>Reply to Office Action dated March 16, 2005<br>Reply to Office Action dated March 17, 2006<br>Appeal Brief dated July 5, 2006<br>Reply to Office Action dated January 30, 2007<br>Reply to Office Action dated May 8, 2007<br>Appeal Brief dated August 13, 2007<br>Decision on Appeal dated April 28, 2009<br>Reply to Office Action dated June 30, 2009<br><br>U.S. Patent No. 6,850,532 (LEED_0046416—LEED_0046425)<br><br>U.S. Patent No. 6,961,310 (LEED_0046381—LEED_0046392)<br><br>Academic Press Dictionary of Science and Technology, *ad hoc*, (1992) (LEED_0045023)<br><br>Merriam Webster's Collegiate Dictionary, *ad hoc*, *mobile*, *plural, plurality*, Tenth Edition (1997) (LEED_0045029— LEED_0045031)<br><br>Webster's New World Dictionary of Computer Terms, *node*, Sixth Edition (1997) (LEED_0045632)<br><br>Microsoft Computer Dictionary, *ad-hoc network*, *node*, Fifth Edition (2002) (LEED_0046315, LEED_0046323)<br><br>The American Heritage College Dictionary, *mobile*, Second Edition (1985) (LEED_0045054) |

| | | | |
|---|---|---|---|
| | | | IEEE 100, The Authoritative Dictionary of IEEE Standards Terms, *ad hoc network*, Seventh Edition (2000) (LEED_0045051)<br><br>Sanket Nesargi and Ravi Prakash, *MANETconf: Configuration of Hosts in a Mobile Ad Hoc Network* (LEED_0046343— LEED_0046352)<br><br>Ericsson Review No. 4, Wireless ad hoc networking – The art of networking without a network (2000) (LEED_0045067— LEED_0045082)<br><br>IEEE 802.11 (1999) (LEED_0045083— LEED_0045610)<br><br>IEEE 802.15.4 (2003) (LEED_0045633— LEED_0046311)<br><br>RFC 2501, Mobile Ad hoc Networking (MANET): Routing Protocol Performance Issues and Evaluation Considerations (1999) (LEED_0045055— LEED_0045066)<br><br>RFC 2290, Mobile-IPv4 Configuration Option for PPP IPCP (1998) (LEED_0046326— LEED_0046342)<br><br>*Stingray IP Solutions, LLC v. Legrand et al.*, Case No. 2:21-cv-00202-JRG, Dkt. No. 95 (Claim Construction Memorandum Opinion and Order of Judge Gilstrap, dated April 14, 2022), available at https://ecf.txed.uscourts.gov/doc1/175112458385 (LEED_0046393— LEED_0046415)<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,616,961 / Claim 1 | "mobile ad hoc network" | a network, including a number of geographically-distributed mobile nodes wirelessly connected by | '961 Patent at Abstract; 1:12-23; 1:24-34; 1:35-50; 1:13-2:42, 2:52-55; 2:56-67; 2:29-44; 5:4-21; 8:62-65, 10:5-23, 13:33-14:55; Figure 1; Figure 15; Figure 16; Figure 17; Figure 18<br><br><u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated March 16, 2005 |

| | | one or more radio frequency channels, which lacks fixed infrastructure such that the nodes must self-organize and reconfigure as they move, join, or leave the network | Reply to Office Action dated March 17, 2006<br>Appeal Brief dated July 5, 2006<br>Reply to Office Action dated January 30, 2007<br>Reply to Office Action dated May 8, 2007<br>Appeal Brief dated August 13, 2007<br>Decision on Appeal dated April 28, 2009<br>Reply to Office Action dated June 30, 2009<br><br>U.S. Patent No. 6,850,532 (LEED_0046416— LEED_0046425)<br><br>U.S. Patent No. 6,961,310 (LEED_0046381— LEED_0046392)<br><br>Academic Press Dictionary of Science and Technology, *ad hoc*, (1992) (LEED_0045023)<br><br>Merriam Webster's Collegiate Dictionary, *ad hoc*, *mobile* Tenth Edition (1997) (LEED_0045029— LEED_0045030)<br><br>IEEE 100, The Authoritative Dictionary of IEEE Standards Terms, *ad hoc network*, Seventh Edition (2000) (LEED_0045051)<br><br>Microsoft Computer Dictionary, *ad-hoc network*, Fifth Edition (2002) (LEED_0046315, LEED_0046323)<br><br>The American Heritage College Dictionary, *mobile*, Second Edition (1985) (LEED_0045054)<br><br>Sanket Nesargi and Ravi Prakash, *MANETconf: Configuration of Hosts in a Mobile Ad Hoc Network* (LEED_0046343— LEED_0046352)<br><br>Ericsson Review No. 4, Wireless ad hoc networking – The art of networking without a network (2000) (LEED_0045067— LEED_0045082)<br><br>IEEE 802.11 (1999) (LEED_0045083— LEED_0045610)<br><br>IEEE 802.15.4 (2003) (LEED_0045633— LEED_0046311) |

| | | | |
|---|---|---|---|
| | | | RFC 2501, Mobile Ad hoc Networking (MANET): Routing Protocol Performance Issues and Evaluation Considerations (1999) (LEED_0045055— LEED_0045066)<br><br>RFC 2290, Mobile-IPv4 Configuration Option for PPP IPCP (1998) (LEED_0046326— LEED_0046342)<br><br>Declaration of Dr. Akl<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,616,961 / Claim 1 | "each node" | At each of the wireless mobile nodes in the mobile ad hoc network | '961 Patent at Abstract; 1:12-23; 1:24-34; 1:35-50; 1:13-2:42, 2:52-55; 2:56-67; 2:29-44; 5:4-21; 8:18-23, 8:56-9:23, 10:5-23, 13:33-14:55; Figure 1; Figure 15; Figure 16; Figure 17; Figure 18; Claims 1, 3, 5-7<br><br><u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated March 16, 2005<br>Reply to Office Action dated March 17, 2006<br>Appeal Brief dated July 5, 2006<br>Reply to Office Action dated January 30, 2007<br>Reply to Office Action dated May 8, 2007<br>Appeal Brief dated August 13, 2007<br>Decision on Appeal dated April 28, 2009<br>Reply to Office Action dated June 30, 2009<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,440,572 / Claim 1 | (preamble) "A secure wireless local area network (LAN) device comprising" | The preamble is limiting. | '572 Patent at Title, Abstract; 1:11-16, 1:64-67, 2:1-19; 2:27-35; 2:36-39; 2:44-55; 2:59-3:22, 3:37-39, 4:14-19; 4:20-31; 5:20-25; 5:53-67; 5:65-6:10; 6:11-17; 6:40-41, 6:65-7:12; 7:19-34; Figure 7; Figure 8; Figure 9, claim 1<br><br><u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated September 27, 2005<br>Reply to Office Action dated February 27, 2006<br>Advisory Action dated March 22, 2006<br>Appeal Brief dated June 13, 2006 |

| | | | |
|---|---|---|---|
| | | | Appeal Brief dated October 4, 2006<br>Appeal Brief dated January 28, 2007<br>Appeal Brief dated May 1, 2007<br>Reply to Office Action dated November 15, 2007<br>Reply to Office Action dated May 23, 2008<br><br>Microsoft Computer Dictionary, *LAN, Wireless LAN,* Fifth Edition (2002) (LEED_0046319, LEED_0046324)<br><br>U.S. Patent No. 7,441,126 (LEED_0045032—LEED_0045047)<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,440,572 / Claim 1 | "cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission by at least adding a plurality of encrypting bits to both the address and the data information, and for decrypting both the address and the data information | Governed by Pre-AIA 35 U.S.C. 112 Paragraph 6<br><br>**Function**: encrypting both address and data information for transmission by at least adding a plurality of encrypting bits to both the address and the data information, and for decrypting both the address and the data information upon reception | '572 Patent at Abstract; 1:46-54; 2:1-19; 2:27-35;<br>2:36-39; 2:44-55; 4:14-19; 4:20-31; 5:20-30; 5:54-64; 5:65-6:10; 6:11-17; 6:65-7:12; 7:19-34; Figure 7; Figure 8; Figure 9; Figure 10; Claim 1<br><br>Prosecution History and references cited therein, including:<br>Reply to Office Action dated September 27, 2005<br>Reply to Office Action dated February 27, 2006<br>Advisory Action dated March 22, 2006<br>Appeal Brief dated June 13, 2006<br>Appeal Brief dated October 4, 2006<br>Appeal Brief dated January 28, 2007<br>Appeal Brief dated May 1, 2007<br>Reply to Office Action dated November 15, 2007<br>Reply to Office Action dated May 23, 2008<br><br>U.S. Patent No. 7,441,126 (LEED_0045032—LEED_0045047)<br><br>Declaration of Dr. Akl<br><br>Any additional evidence relied on by Plaintiff. |

| | | upon reception" | **Structure:** Indefinite for lack of corresponding structure. | |
|---|---|---|---|---|
| U.S. 7,440,572 / Claim 1 | | "cryptography circuit" | In the alternative, if the Court does not find the above governed by Pre-AIA 35 U.S.C. 112 Paragraph 6:<br><br>Hardware employing an algorithm and a cryptographic key and capable of encrypting and decrypting both address and data information for transmission | '572 Patent at Abstract; 1:46-54; 2:1-19; 2:27-35;<br>2:36-39; 2:44-55; 4:14-41; 5:15-19; 5:20-30; 5:53-65; 5:65-6:10; 6:11-17; 6:29-39; 6:40-55; 6:65-7:12; 7:19-34; Figure 7; Figure 8; Figure 9; Figure 10; Figure 12; Figure 13; Claims 1, 8, 11, 14, 20, 23, 26, 32, 35, 38, 42, 57<br><br><u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated September 27, 2005<br>Reply to Office Action dated February 27, 2006<br>Advisory Action dated March 22, 2006<br>Appeal Brief dated June 13, 2006<br>Appeal Brief dated October 4, 2006<br>Appeal Brief dated January 28, 2007<br>Appeal Brief dated May 1, 2007<br>Reply to Office Action dated November 15, 2007<br>Reply to Office Action dated May 23, 2008<br><br>Microsoft Computer Dictionary, *cryptography*, Fifth Edition (2002) (LEED_0046316)<br><br>Declaration of Dr. Akl<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,440,572 / Claim 1 | | "encrypting both address and data information for transmission by at least adding a plurality of encrypting bits to both the address and the | Indefinite<br><br>*If not indefinite, it should be construed as:*<br><br>encrypting both MAC address and MAC data | '572 Patent at Abstract; 1:46-55; 2:1-19; 2:32-35;<br>2:46-55; 3:58-64; 4:14-19; 4:20-31; 5:20-45; 5:55-58, 6:18-20; 6:29-39; Figure 7; Figure 8; claim 1<br><br><u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated September 27, 2005<br>Reply to Office Action dated February 27, 2006 |

| | | | |
|---|---|---|---|
| | data information" | information by at least adding a plurality of encrypting bits to both the address and the data information | Advisory Action dated March 22, 2006<br>Appeal Brief dated June 13, 2006<br>Appeal Brief dated October 4, 2006<br>Appeal Brief dated January 28, 2007<br>Appeal Brief dated May 1, 2007<br>Reply to Office Action dated November 15, 2007<br>Reply to Office Action dated May 23, 2008<br><br>Microsoft Computer Dictionary, *encryption*, Fifth Edition (2002) (LEED_0046318)<br><br>Encyclopedia of Technology Terms, Que Publishing, *encryption*, (2002) (LEED_0046378)<br><br>Academic Press Dictionary of Science and Technology, *encryption*, (1992) (LEED_0045025)<br><br>U.S. Patent No. 7,441,126 (LEED_0045032—LEED_0045047)<br><br>Declaration of Dr. Akl<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,440,572 / Claim 1 | "decrypting both address and data information upon reception" | recovering, upon reception, both the MAC address and the MAC data information that was encrypted | '572 Patent at Abstract; 1:46-55; 2:1-19; 2:46-55; 3:58-64; 4:14-19; 4:20-31; 5:20-41; 5:55-58; 6:18-20; 6:29-39; Figure 7; Figure 8; claim 1<br><br><u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated September 27, 2005<br>Reply to Office Action dated February 27, 2006<br>Advisory Action dated March 22, 2006<br>Appeal Brief dated June 13, 2006<br>Appeal Brief dated October 4, 2006<br>Appeal Brief dated January 28, 2007<br>Appeal Brief dated May 1, 2007<br>Reply to Office Action dated November 15, 2007<br>Reply to Office Action dated May 23, 2008 |

| | | | |
|---|---|---|---|
| | | | Microsoft Computer Dictionary, *decryption*, Fifth Edition (2002) (LEED_0046317) <br><br> Encyclopedia of Technology Terms, Que Publishing, decryption, (2002) (LEED_0046377) <br><br> Academic Press Dictionary of Science and Technology, *decryption*, (1992) (LEED_0045024) <br><br> U.S. Patent No. 7,441,126 (LEED_0045032—LEED_0045047) <br><br> Declaration of Dr. Akl <br><br> Any additional evidence relied on by Plaintiff. |
| U.S. 7,440,572 / Claim 1 | "medium access controller (MAC)" | Indefinite | '572 Patent at Abstract, 2:20-26, 2:27-32, 4:14-18, 4:32-42, 5:26-30, Fig. 7, claim 1; <br><br> Prosecution History and references cited therein, including: <br> Reply to Office Action dated September 27, 2005 <br> Reply to Office Action dated February 27, 2006 <br> Advisory Action dated March 22, 2006 <br> Appeal Brief dated June 13, 2006 <br> Appeal Brief dated October 4, 2006 <br> Appeal Brief dated January 28, 2007 <br> Appeal Brief dated May 1, 2007 <br> Reply to Office Action dated November 15, 2007 <br> Reply to Office Action dated May 23, 2008 <br><br> U.S. Patent No. 7,441,126 (LEED_0045032—LEED_0045047) <br><br> Microsoft Computer Dictionary, *MAC*, Fifth Edition (2002) (LEED_0046320) <br><br> Any additional evidence relied on by Plaintiff. |
| U.S. 7,441,126 / Claim 1 | (preamble) "A secure wireless local area network | The preamble is limiting. | '126 Patent at Title, Abstract, 1:13-18, 2:7-10, 2:11-15, 2:39-48, 3:51-53, 5:66-67, 6:11-15, 6:52-54, 7:9-11, 7:29-32, claims 1, 3-6; |

| | | | |
|---|---|---|---|
| | (LAN) device comprising:" | | Prosecution History and references cited therein, including:<br>Reply to Office Action dated November 22, 2004<br>Reply to Office Action dated November 21, 2005<br>Appeal Brief dated March 17, 2006<br>Reply Appeal Brief dated July 21, 2006<br>Patent Board Decision dated March 4, 2008<br><br>Microsoft Computer Dictionary, *LAN*, *Wireless LAN*, Fifth Edition (2002) (LEED_0046319, LEED_0046324)<br><br>U.S. 7,440,572 (LEED_0045611—LEED_0045628)<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,441,126 / Claim 1 | "a media access controller (MAC) carried by said housing" | Indefinite | '126 Patent at Abstract, 2:38-43, 2:48-51, 4:28-33, 4:45-55, 5:39-43, Fig. 7, claim 1;<br><br>Prosecution History and references cited therein, including:<br>Reply to Office Action dated November 22, 2004<br>Reply to Office Action dated November 21, 2005<br>Appeal Brief dated March 17, 2006<br>Reply Appeal Brief dated July 21, 2006<br>Patent Board Decision dated March 4, 2008<br><br>Microsoft Computer Dictionary, *MAC*, Fifth Edition (2002) (LEED_0046320)<br><br>U.S. 7,440,572 (LEED_0045611—LEED_0045628)<br><br>Any additional evidence relied on by Plaintiff. |
| U.S. 7,441,126 / Claim 1 | "a cryptography circuit carried by said housing and connected to | Hardware employing an algorithm and a cryptographic key and | '126 Patent at Abstract; 2:11-23; 2:24-33; 2:48-56; 2:63-67; 4:28-33; 4:34-44; 4:45-55; 5:18-32; 5:33-38; 5:66-6:10; 6:11-6:22; 6:23-29; 6:41-51; 6:52-67; 7:6-23; 7:29-43; Figure 7; Figure 8; Figure 9; Figure 12; Figure 13; Claims 1, 7 |

| | said MAC and said wireless transceiver" | capable of encrypting and decrypting both address and data information for transmission | <u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated November 22, 2004<br>Reply to Office Action dated November 21, 2005<br>Appeal Brief dated March 17, 2006<br>Reply Appeal Brief dated July 21, 2006<br>Patent Board Decision dated March 4, 2008<br><br>Microsoft Computer Dictionary, *cryptography*, Fifth Edition (2002) (LEED_0046316)<br><br>U.S. 7,440,572 (LEED_0045611— LEED_0045628)<br><br>Declaration of Dr. Akl<br><br>Any additional evidence relied on by Plaintiff. |
|---|---|---|---|
| U.S. 7,441,126 / Claim 4 | "said security information" | Indefinite | '126 Patent at Abstract; 2:11-23; 2:24-33; 2:57-3:2; 7:9-23; 7:24-28; 7:29-44; Claims 1, 3, 4<br><br><u>Prosecution History and references cited therein, including:</u><br>Reply to Office Action dated November 22, 2004<br>Reply to Office Action dated November 21, 2005<br>Appeal Brief dated March 17, 2006<br>Reply Appeal Brief dated July 21, 2006<br>Patent Board Decision dated March 4, 2008<br><br>Any additional evidence relied on by Plaintiff. |